IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |  |
|---|---|---|
| **RESHENA STAR DATI,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 13-2774 |
| | : | |
| **CAROLYN W. COLVIN, Acting** | : | |
| **Commissioner of Social Security,** | : | |
| Defendant. | : | |
| | : | |

# O R D E R

**AND NOW**, this 18th day of November, 2014, upon consideration of the Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 8), Defendant's response thereto (Doc. No. 9), and all related documents, and after review of the Report and Recommendation of United States Magistrate Timothy R. Rice (Doc. No. 12), to which no objections have been made, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Claimant's Request for Review is **DENIED**; and

3. **JUDGMENT IS ENTERED** in this case in favor of the Defendant.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.